IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LANDMARK AMERICAN INSURANCE COMPANY, an Oklahoma Stock Company,

    Plaintiff,

v.

ANGOTTI & REILLY, INC., a California Corporation; ALEXANDER GROUP LLC, a limited liability company, BLUE RIVER SEAFOOD INC., a California Corporation, and CHRISTOPHER H. LAM,

    Defendants.
                             /

AND RELATED COUNTERCLAIMS
                             /

No. C 10-03687 WHA

**ORDER REGARDING SECOND AMENDED ANSWER AND COUNTERCLAIM**

      On May 17, plaintiff's counsel filed a stipulation and proposed order to permit defendant Angotti & Reilly, Inc. to file a second amended answer and counterclaim. All parties agreed to the stipulation (Dkt. No. 33). FRCP 15(a)(2) provides that a party may amend its pleading "with the opposing party's written consent *or* the court's leave" (emphasis added). The stipulation is sufficient to permit Angotti & Reilly to file its amended pleading. The proposed order need not and shall not be signed. Counsel are advised, however, that the amended pleading must be properly filed as an independent docket entry — merely attaching it as an exhibit to the stipulation does not give it effect.

      **IT IS SO ORDERED.**

Dated: May 17, 2011.

                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE