UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| LANDMARK AMERICAN INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>    v.<br><br>ANGOTTI & REILLY, INC., et al.,<br><br>                Defendants.<br>_____/ | No. C 10-3687 MEJ<br><br>**SECOND ORDER FOR PARTIES TO FILE STATEMENT RE: RECUSAL** |

As the undersigned magistrate judge's courtroom deputy, Rose Maher, is married to a partner at Luce Forward Hamilton & Scripps LLP (Plaintiff's counsel's law firm), the Court ordered the parties to file a statement by May 31, 2012, regarding whether one or both parties wish to have the undersigned magistrate judge recuse herself from this case. As the parties have not responded, the Court ORDERS the parties to respond by June 21, 2012. Failure to respond may result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated: June 7, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge