# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| LANDMARK AMERICAN INSURANCE COMPANY, | No. C 10-3687 MEJ |
| Plaintiff, | **ORDER RE: STATUS** |
| v. | |
| ANGOTTI & REILLY, INC., et al., | |
| Defendants. | |

On May 22, 2012, the Court set a dispositive motion deadline of June 14, 2012. As neither party filed a motion by the deadline, the Court ORDERS the parties to file a joint status report by July 12, 2012. The parties shall report on the overall status of the case, whether it would be beneficial to participate in an ADR process, and whether one or more parties wish to continue the dispositive motion deadline and any other deadlines.

**IT IS SO ORDERED.**

Dated: July 2, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge