| | |
|---|---|
| 1 | Denis F. Shanagher, State Bar No. 100222 |
| 2 | William L. Marchant, State Bar No. 154445<br>MCKENNA LONG & ALDRIDGE LLP |
| 3 | Rincon Center II, 121 Spear Street, Suite 200<br>San Francisco, California 94105-1582 |
| 4 | Telephone No.: 415.356.4600<br>Fax No.: 415.356.4610 |
| 5 | E-Mail:  dshanagher@mckennalong.com<br>        wmarchant@mckennalong.com |
| 6 | Attorneys for Plaintiff Landmark American Insurance Company |

**IT IS SO ORDERED**
*Judge Maria-Elena James*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | LANDMARK AMERICAN INSURANCE COMPANY, an Oklahoma Stock Company | Case No. CV 10 3687 MEJ |
| 12 13 | Plaintiff,<br>v. | **NOTICE OF SETTLEMENT** |
| 14 15 16 | ANGOTTI & REILLY, INC. a California Corporation; ALEXANDER GROUP LLC, a limited liability company, BLUE RIVER SEAFOOD INC., a California Corporation, CHRISTOPHER H. LAM. | |
| 17 | Defendants. | |
| 18 19 | AND RELATED CROSS-ACTIONS. | |

This is to inform the court that the parties have reached a settlement and are working on the settlement agreement. The parties expect to have a final agreement by January 15, 2013, and will file dismissals of their claims once the agreement is final.

DATED: December 6, 2012    MCKENNA LONG & ALDRIDGE LLP

All pending deadlines are vacated pending dismissal.

By: _____
William L. Marchant
Attorneys for Plaintiff
Landmark American Insurance Company

803569039.1

## PROOF OF SERVICE

Landmark American Insurance Company v. Angotti & Reilly, Inc., et al.,

Case No. CV 10 3687 MEJ

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is Rincon Center II, 121 Spear Street, Suite 200, San Francisco, California 94105-1582.

On December 6, 2012, I served true copies of the following document(s) described as:

**NOTICE OF SETTLEMENT**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**ELECTRONIC TRANSMISSION:** I declare that a copy of said document(s) was filed electronically on the above date through the ECF system for the United States District Court, Northern District of California and to the best of my knowledge notice of this filing will be transmitted to all parties through the Court's ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 6, 2012, at San Francisco, California.

Tracy Moyer

# SERVICE LIST

| | |
|---|---|
| James G. Boedecker<br>**LAW OFFICES OF JAMES G. BOEDECKER**<br>965 W. California Avenue<br>Mill Valley CA 94941 | Attorneys for Defendants Alexander Group, LLC, Blue River Seafood, Inc. and Christopher H. Lam<br>Telephone:  415.381.2493<br>E-Mail:  jimboedecker@att.net |
| Kim R. Mayor, Esq.<br>**MAYOR LAW OFFICES**<br>1900 S. Norfolk Street<br>San Mateo, CA 94403 | Attorneys for Defendants Alexander Group, LLC, Blue River Seafood, Inc. and Christopher H. Lam<br>Telephone:  650.577.2368<br>E-Mail:  mayorlaw@aol.com |
| Aaron R. Gruber, Esq.<br>Brienne Wesolek, Esq.<br>**JONES DAY**<br>555 California Street, 26th Floor<br>San Francisco, CA 94104 | Attorneys for Defendants Angotti & Reilly<br>Telephone:  415.626.3939<br>Facsimile:  415.936.6897<br>E-Mail:  agruber@jonesday.com<br>            bwesolek@jonesday.com |

301250223.1