*IT IS SO ORDERED*
*Judge Maria-Elena James*

Denis F. Shanagher, State Bar No. 100222
William L. Marchant, State Bar No. 154445
MCKENNA LONG & ALDRIDGE LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-Mail:    dshanagher@mckennalong.com
           wmarchant@mckennalong.com

Attorneys for Plaintiff Landmark American Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDMARK AMERICAN INSURANCE COMPANY, an Oklahoma Stock Company<br><br>             Plaintiff,<br>v.<br><br>ANGOTTI & REILLY, INC. a California Corporation; ALEXANDER GROUP LLC, a limited liability company, BLUE RIVER SEAFOOD INC., a California Corporation, CHRISTOPHER H. LAM.<br><br>             Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. CV 10 3687 MEJ<br><br>**NOTICE OF SETTLEMENT** |

This is to inform the court that the parties have reached a settlement and are working on the settlement agreement. The parties expect to have a final agreement by January 15, 2013, and will file dismissals of their claims once the agreement is final.

DATED: December 6, 2012    MCKENNA LONG & ALDRIDGE LLP

All pending deadlines are vacated pending dismissal.

By: _____
William L. Marchant
Attorneys for Plaintiff
Landmark American Insurance Company

803569039.1

1

Case No. CV 10 3687 MEJ
Notice of Settlement

# PROOF OF SERVICE

Landmark American Insurance Company v. Angotti & Reilly, Inc., et al.,

Case No. CV 10 3687 MEJ

    At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is Rincon Center II, 121 Spear Street, Suite 200, San Francisco, California 94105-1582.

    On December 6, 2012, I served true copies of the following document(s) described as:

**NOTICE OF SETTLEMENT**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**ELECTRONIC TRANSMISSION:** I declare that a copy of said document(s) was filed electronically on the above date through the ECF system for the United States District Court, Northern District of California and to the best of my knowledge notice of this filing will be transmitted to all parties through the Court's ECF system.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on December 6, 2012, at San Francisco, California.

Tracy Moyer

1
2

# SERVICE LIST

| | |
|---|---|
| 3<br>4<br>5 | James G. Boedecker<br>**LAW OFFICES OF JAMES G. BOEDECKER**<br>965 W. California Avenue<br>Mill Valley CA 94941 | Attorneys for Defendants Alexander Group, LLC, Blue River Seafood, Inc. and Christopher H. Lam<br>Telephone: 415.381.2493<br>E-Mail: jimboedecker@att.net |


```
 1                              SERVICE LIST
 2
 3   James G. Boedecker                    Attorneys for Defendants Alexander Group,
     LAW OFFICES OF JAMES G. BOEDECKER     LLC, Blue River Seafood, Inc. and
 4   965 W. California Avenue              Christopher H. Lam
     Mill Valley CA 94941                  Telephone: 415.381.2493
 5                                         E-Mail: jimboedecker@att.net
 6   Kim R. Mayor, Esq.                    Attorneys for Defendants Alexander Group,
     MAYOR LAW OFFICES                     LLC, Blue River Seafood, Inc. and
 7   1900 S. Norfolk Street                Christopher H. Lam
     San Mateo, CA 94403                   Telephone: 650.577.2368
 8                                         E-Mail: mayorlaw@aol.com
 9
     Aaron R. Gruber, Esq.                 Attorneys for Defendants Angotti & Reilly
10   Brienne Wesolek, Esq.                 Telephone: 415.626.3939
     JONES DAY                             Facsimile: 415.936.6897
11   555 California Street, 26th Floor     E-Mail: agruber@jonesday.com
     San Francisco, CA 94104                       bwesolek@jonesday.com
12
13
14
15   301250223.1
16
17
18
19
20
21
22
23
24
25
26
27
28
```