Denis F. Shanagher, State Bar No. 100222
William L. Marchant, State Bar No. 154445
McKENNA, LONG & ALDRIDGE LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-Mail: dshanagher@mckennalong.com
wmarchant@mckennalong.com

Attorneys for Plaintiff Landmark American Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDMARK AMERICAN INSURANCE COMPANY, an Oklahoma Stock Company,<br><br>    Plaintiff,<br><br>v.<br><br>ANGOTTI & REILLY, INC., a California Corporation; ALEXANDER GROUP LLC, a limited liability company, BLUE RIVER SEAFOOD INC., a California Corporation, CHRISTOPHER H. LAM.<br><br>    Defendants. | Case No. CV 10 3687 MEJ<br><br>**STIPULATION FOR DISMISSAL AND ORDER THEREON**<br><br>**Complaint Filed: August 19, 2010** |

WHEREAS, plaintiff and counterdefendant Landmark American Insurance Company ("Landmark") and defendant and counterclaimant Angotti & Reilly, Inc. ("Angotti & Reilly") have entered into a Settlement Agreement resolving, among other things, all claims and counterclaims between Landmark and Angotti & Reilly in this action; and

WHEREAS, pursuant to the Settlement Agreement, Landmark and Angotti & Reilly have agreed to the dismissal of Landmark's claims against Angotti & Reilly and Angotti & Reilly's counterclaims against Landmark, in this action, with the Court to retain jurisdiction to enforce the terms of the settlement;

IT IS HEREBY STIPULATED between Landmark and Angotti & Reilly pursuant to Fed. R. Civ. P. 41(a)(1)(A) that:

(1) the Court may enter an Order dismissing with prejudice (a) all claims asserted against Angotti & Reilly by Landmark in this action and (b) all counterclaims asserted against Landmark by Angotti & Reilly in this action;

(2) the Court shall retain jurisdiction over this action to enforce the terms of the Settlement Agreement; and

(3) Landmark and Angotti & Reilly shall each bear its own attorneys' fees and costs incurred in connection with this action.

DATED: February 4, 2013

McKENNA LONG & ALDRIDGE LLP

By: _____
William L. Marchant
Attorneys for Plaintiff Landmark American Insurance Company

DATED: Feb. 4, 2013

JONES DAY

By: _____
Daven G. Lowhurst
Brienne Fabela
Attorneys for Defendant Angotti & Reilly, Inc.

IT IS SO ORDERED

DATED: February 5, 2013

By: _____
Hon. Maria-Elena James
United States Magistrate Judge

US_WEST 803621427.2